# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-351-548

**Effective Date of Registration:**
May 10, 2023
**Registration Decision Date:**
June 17, 2023

---

## Title

**Title of Work:** Tits Mcgee Irish Pub

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** February 15, 2022
**Nation of 1st Publication:** United States

## Author

**• Author:** Daniel Whelan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Rights and Permissions

**Name:** Tim Whelan
**Email:** twhelan40@gmail.com
**Telephone:** (513)373-5810
**Address:** 8885 Appleknoll Ln
Cincinnati, OH 45236 United States

## Certification

**Name:** Tim Whelan
**Date:** May 10, 2023

**Copyright Office notes:** Basis for Registration: registration is based on the artwork; copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-352-053

**Effective Date of Registration:**
May 10, 2023
**Registration Decision Date:**
June 22, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Bad Day to be a Cerveza |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | April 06, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tim E Whelan |
| **Email:** | twhelan40@gmail.com |
| **Telephone:** | (513)373-5810 |
| **Address:** | 8885 Appleknoll Ln |
| | Cincinnati, OH 45236 United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | May 10, 2023 |

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-352-055

**Effective Date of Registration:**
May 10, 2023
**Registration Decision Date:**
June 22, 2023

---

## Title

**Title of Work:** Pat McCrotch Irish Pub

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** February 27, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Rights and Permissions

**Name:** Tim Whelan
**Email:** twhelan40@gmail.com
**Telephone:** (513)373-5810
**Address:** 8885 Appleknoll Ln
Cincinnati, OH 45236 United States

## Certification

**Name:** Tim Whelan
**Date:** May 10, 2023

Page 1 of 2

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-352-064

**Effective Date of Registration:**
May 10, 2023
**Registration Decision Date:**
June 22, 2023

## Title

**Title of Work:** Griddy Taco

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 27, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Rights and Permissions

**Name:** Tim E Whelan
**Email:** twhelan40@gmail.com
**Telephone:** (513)373-5810
**Address:** 8885 Appleknoll Ln
Cincinnati, OH 45236 United States

## Certification

**Name:** Tim Whelan
**Date:** May 10, 2023

**Copyright Office notes:**   Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-352-062**

**Effective Date of Registration:**
May 10, 2023
**Registration Decision Date:**
June 22, 2023

---

## Title

**Title of Work:** Griddy Cerveza

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** April 07, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Rights and Permissions

**Name:** Tim E Whelan
**Email:** twhelan40@gmail.com
**Telephone:** (513)373-5810
**Address:** 8885 Appleknoll Ln
Cincinnati, OH 45236 United States

## Certification

**Name:** Tim Whelan
**Date:** May 10, 2023

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-351-900

**Effective Date of Registration:**
May 10, 2023
**Registration Decision Date:**
June 21, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | BAD DAY TO BE A BEER - *AMERICA EDITION* |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | May 03, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tim E Whelan |
| **Email:** | twhelan40@gmail.com |
| **Telephone:** | (513)373-5810 |
| **Address:** | 8885 Appleknoll Ln |
| | Cincinnati, OH 45236 United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | May 10, 2023 |

Page 1 of 2

**Copyright Office notes:**  Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-357-232

**Effective Date of Registration:**
June 26, 2023
**Registration Decision Date:**
August 08, 2023

---

## Title

**Title of Work:** Uncle Sam's American Lager

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 04, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** June 26, 2023

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-357-233

**Effective Date of Registration:**
June 26, 2023
**Registration Decision Date:**
August 08, 2023

## Title

| | |
|---|---|
| **Title of Work:** | USA Drinking Team Mascot |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | June 04, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | June 26, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-836

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 18, 2023

---

## Title

**Title of Work:** Real American - Uncle Sam

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 11, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** June 16, 2023

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-358-838**

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 18, 2023

## Title

**Title of Work:** Ameri-CAN Eagle

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** April 17, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** June 16, 2023



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-949

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 21, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Meri-CAN Eagle |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | April 25, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | 2-D artwork, in VA0002358838 |
| **New material included in claim:** | 2-D artwork |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | June 16, 2023 |

---

| | |
|---|---|
| **Correspondence:** | Yes |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-971

**Effective Date of Registration:**
June 26, 2023
**Registration Decision Date:**
August 21, 2023

---

## Title

**Title of Work:** Uncle Sam Griddy

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 17, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** June 16, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-358-950

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 21, 2023

---

## Title
                                                      
**Title of Work:** USA Jam - Uncle Sam/Merican Eagle

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 26, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** June 16, 2023





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-358-834**

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 18, 2023

---

## Title

**Title of Work:** USA Jam - Washington/Lincoln

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** May 05, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** June 16, 2023

Page 1 of 1





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-360-244

**Effective Date of Registration:**
July 07, 2023
**Registration Decision Date:**
August 29, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Ameri-CAN V2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | June 11, 2023 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | July 07, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-360-414

**Effective Date of Registration:**
July 07, 2023
**Registration Decision Date:**
August 30, 2023

---

## Title

**Title of Work:** Bald Eagle Griddy

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 17, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** July 07, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-360-415

**Effective Date of Registration:**
July 07, 2023
**Registration Decision Date:**
August 30, 2023

---

## Title
**Title of Work:** Ameri-CAW

## Completion/Publication
**Year of Completion:** 2023
**Date of 1st Publication:** June 13, 2023
**Nation of 1ˢᵗ Publication:** United States

## Author
- **Author:** Daniel Whelan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant
**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
**Name:** Tim Whelan
**Date:** July 07, 2023

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-340-675

**Effective Date of Registration:**
February 09, 2023
**Registration Decision Date:**
April 04, 2023

---

## Title
       **Title of Work:** Bad Day to be a Beer

## Completion/Publication
       **Year of Completion:** 2022
       **Date of 1st Publication:** January 28, 2022
       **Nation of 1st Publication:** United States

## Author
       • **Author:** Daniel Joseph Whelan
       **Author Created:** 2-D artwork
       **Work made for hire:** No
       **Citizen of:** United States
       **Year Born:** 1989

## Copyright Claimant
       **Copyright Claimant:** Daniel Whelan
       8885 Appleknoll Lane, Cincinnati, OH, 45236, United States

## Rights and Permissions
       **Name:** Tim E Whelan
       **Email:** twhelan40@gmail.com
       **Telephone:** (513)373-5810

## Certification
       **Name:** Tim Whelan
       **Date:** February 09, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-658

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

---

## Title
 

**Title of Work:** Bad Day to be a Beer - Christmas Edition

## Completion/Publication
 

**Year of Completion:** 2022
**Date of 1st Publication:** December 07, 2022
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
 

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
 

**Name:** Tim Whelan
**Date:** September 27, 2023

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-373-594**

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

---

## Title

**Title of Work:** Bad day to be a Bier

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 11, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** September 27, 2023

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-975

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

## Title
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Title of Work:** Bad day to be a Turkey

## Completion/Publication
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Year of Completion:** 2022
**Date of 1st Publication:** November 15, 2022
**Nation of 1st Publication:** United States

## Author
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Name:** Tim Whelan
**Date:** September 27, 2023



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-374-001

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title

**Title of Work:** Boo Bees and Beer

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** September 28, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** September 27, 2023

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-373-946

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title
 

**Title of Work:** Can't get Hungover

## Completion/Publication
 

**Year of Completion:** 2022
**Date of 1st Publication:** January 26, 2022
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
 

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
 

**Name:** Tim Whelan
**Date:** October 04, 2023

---

**Copyright Office notes:** Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-368

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 04, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Do you feel lucky |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | February 09, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | September 27, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-374-114

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 07, 2023

---

## Title

       **Title of Work:** Enjoy Beer

## Completion/Publication

       **Year of Completion:** 2021
    **Date of 1st Publication:** December 04, 2021
   **Nation of 1st Publication:** United States

## Author

      •   **Author:** Daniel Whelan
    **Author Created:** 2-D artwork
      **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Daniel Whelan
    8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

       **Name:** Tim Whelan
        **Date:** October 04, 2023

---

    **Copyright Office notes:** Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-944

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title

**Title of Work:** Fantasy Football Legend

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** January 06, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** October 04, 2023

---

**Copyright Office notes:** Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-373-666**

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

---

## Title

          **Title of Work:** FrankenSTEIN

## Completion/Publication

      **Year of Completion:** 2023
    **Date of 1st Publication:** September 15, 2023
   **Nation of 1st Publication:** United States

## Author

          • **Author:** Daniel Whelan
    **Author Created:** 2-D artwork
        **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Daniel Whelan
                        8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

           **Name:** Tim Whelan
            **Date:** September 27, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-373-958

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title

      **Title of Work:**  Get Smashed

## Completion/Publication

      **Year of Completion:**  2022
    **Date of 1st Publication:**  September 28, 2022
  **Nation of 1st Publication:**  United States

## Author

    &bull;      **Author:**  Daniel Whelan
    **Author Created:**  2-D artwork
        **Citizen of:**  United States

## Copyright Claimant

    **Copyright Claimant:**  Daniel Whelan
                8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

    **Name:**  Tim Whelan
     **Date:**  September 27, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-959

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

## Title

**Title of Work:** Greened Out

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** February 25, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** September 27, 2023