

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-373-988

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title _____

**Title of Work:** Hope they serve beer in hell

## Completion/Publication _____

**Year of Completion:** 2022
**Date of 1st Publication:** September 08, 2022
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification _____

**Name:** Tim Whelan
**Date:** September 27, 2023

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-374-121

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 07, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | I Want Brew |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | May 30, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | October 04, 2023 |

---

| | |
|---|---|
| **Copyright Office notes:** | Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1. |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-374-116

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 07, 2023

---

## Title
_____

**Title of Work:** Make Mullets Great Again

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** April 27, 2020
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
_____

**Name:** Tim Whelan
**Date:** October 04, 2023

---

**Copyright Office notes:** Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-373-957

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

## Title

        **Title of Work:**   Most Interesting Pumpkin

## Completion/Publication

        **Year of Completion:**   2022
        **Date of 1st Publication:**   October 04, 2022
        **Nation of 1st Publication:**   United States

## Author

        •    **Author:**   Daniel Whelan
        **Author Created:**   2-D artwork
        **Citizen of:**   United States

## Copyright Claimant

        **Copyright Claimant:**   Daniel Whelan
        8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

        **Name:**   Tim Whelan
        **Date:**   September 27, 2023



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-977

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title
_____

Title of Work: Poor Day to be a Pilsner

## Completion/Publication
_____

Year of Completion: 2022
Date of 1st Publication: July 22, 2022
Nation of 1st Publication: United States

## Author
_____

- Author: Daniel Whelan
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
_____

Name: Tim Whelan
Date: September 27, 2023





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-955

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 06, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Protect the Charms |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | February 02, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | September 27, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-667

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

---

## Title

**Title of Work:** Skeleton Griddy

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** September 15, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** September 27, 2023



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-374-118

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 07, 2023

## Title

**Title of Work:** The Grim Rizzer

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** September 29, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** October 04, 2023

**Copyright Office notes:** Regarding basis for registration: Registration based on the artwork deposited.
Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-374-120

**Effective Date of Registration:**
October 04, 2023
**Registration Decision Date:**
December 07, 2023

---

## Title

**Title of Work:** Where the Horrors at?

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** September 29, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** October 04, 2023

---

**Copyright Office notes:** Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-375-960

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 20, 2023

---

## Title

**Title of Work:** Morning Wood Lumber

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 20, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** October 23, 2023

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship
describing, depicting, or embodying character(s). Compendium 313.4(H).

Basis for Registration: Registration is based on the artwork. Copyright does not
protect names, titles, short phrases or slogans. 37 CFR 202.1.

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-375-959

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 20, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Papa Woody Plumbing |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2023 |
| Date of 1st Publication: | October 19, 2023 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Daniel Whelan |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Certification

| | |
|---|---|
| Name: | Tim Whelan |
| Date: | October 23, 2023 |

---

| | |
|---|---|
| Copyright Office notes: | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| | Basis for Registration: Registration is based on the artwork. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1. |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-376-862

**Effective Date of Registration:**
November 03, 2023
**Registration Decision Date:**
January 02, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Master Bait |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | November 02, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, \, Cincinnati, OH, 45236, United States |

---

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | November 03, 2023 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-259

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 22, 2023

---

## Title

**Title of Work:** Shut up Liver

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 23, 2023
**Nation of 1st Publication:** United States

## Author

• **Author:** Daniel Whelan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

---

## Certification

**Name:** Tim Whelan
**Date:** October 23, 2023

---

**Copyright Office notes:** Regarding basis for registration: Registration is based on the artwork in the logo.
Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-378-403

**Effective Date of Registration:**
November 10, 2023
**Registration Decision Date:**
January 11, 2024

---

## Title

**Title of Work:**   Enjoy Beer - Ugly Sweater

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   November 27, 2022
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Daniel Whelan
  **Author Created:**   2-D artwork
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:**   Tim Whelan
**Date:**   November 10, 2023

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-350-096

**Effective Date of Registration:**
April 26, 2023
**Registration Decision Date:**
June 05, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Leprechaun Griddy |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | January 27, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | Daniel Whelan |
  | **Author Created:** | 2-D artwork |
  | **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Email:** | twhelan40@gmail.com |
| **Telephone:** | (513)373-5810 |
| **Address:** | 8885 Appleknoll Ln |
| | 8885 Appleknoll Ln |
| | Cincinnati, OH 45236 United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-381-898

**Effective Date of Registration:**
November 30, 2023
**Registration Decision Date:**
February 08, 2024

---

## Title

**Title of Work:** Camel Tow

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** November 15, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** November 30, 2023

---

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the deposit.
Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-381-900

**Effective Date of Registration:**
November 30, 2023
**Registration Decision Date:**
February 08, 2024

---

## Title
 

Title of Work: Thicc Santa

## Completion/Publication
 

Year of Completion: 2022
Date of 1st Publication: December 04, 2022
Nation of 1st Publication: United States

## Author
 

- Author: Daniel Whelan
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant
 

Copyright Claimant: Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
 

Name: Tim Whelan
Date: November 30, 2023

Page 1 of 1



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-381-899

**Effective Date of Registration:**
November 30, 2023
**Registration Decision Date:**
February 08, 2024

---

## Title

**Title of Work:** Merry Rizz-mas

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** November 24, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** November 30, 2023

---

**Copyright Office notes:** Basis for Registration: Registration based on the artwork in the deposit.
Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-381-897

**Effective Date of Registration:**
November 30, 2023
**Registration Decision Date:**
February 08, 2024

---

## Title

| | |
|---|---|
| Title of Work: | Santa Griddy |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2023 |
| Date of 1st Publication: | November 24, 2023 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Daniel Whelan |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Certification

| | |
|---|---|
| Name: | Tim Whelan |
| Date: | November 30, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-389-860

**Effective Date of Registration:**
January 30, 2024
**Registration Decision Date:**
April 08, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | St. PatRIZZ Day |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | January 27, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

---

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | January 30, 2024 |

---

| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1. |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-167

**Effective Date of Registration:**
March 25, 2025
**Registration Decision Date:**
July 21, 2025

## Title _____

| | |
|---|---|
| **Title of Work:** | King of the Kill |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | October 13, 2022 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan<br>8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Limitation of copyright claim _____

| | |
|---|---|
| **Material excluded from this claim:** | 2-D artwork |
| **New material included in claim:** | 2-D artwork |

## Certification _____

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | March 25, 2025 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding basis for registration: Registration based on deposited pictorial<br>authorship describing, depicting, or embodying character(s). Compendium 313.4 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-405-798

**Effective Date of Registration:**
April 18, 2024
**Registration Decision Date:**
July 30, 2024

## Title

| | |
|---|---|
| Title of Work: | USA JAM - Trump/Biden |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2024 |
| Date of 1st Publication: | April 09, 2024 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Daniel Whelan |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Certification

| | |
|---|---|
| Name: | Tim Whelan |
| Date: | April 18, 2024 |

Page 1 of 1



# Certificate of Registration




This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-049

**Effective Date of Registration:**
July 24, 2024
**Registration Decision Date:**
September 24, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | American Dream Team |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | May 16, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | July 24, 2024 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-406-000

**Effective Date of Registration:**
May 05, 2024
**Registration Decision Date:**
August 01, 2024

---

## Title
_____

**Title of Work:** Down goes Liver

## Completion/Publication
_____

**Year of Completion:** 2024
**Date of 1st Publication:** May 04, 2024
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
_____

**Name:** Tim Whelan
**Date:** May 05, 2024

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-054

**Effective Date of Registration:**
July 24, 2024
**Registration Decision Date:**
September 24, 2024

## Title
___

Title of Work: Free Ride

## Completion/Publication
___

Year of Completion: 2024
Date of 1st Publication: June 14, 2024
Nation of 1st Publication: United States

## Author
___

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
___

Copyright Claimant: Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification
___

Name: Tim Whelan
Date: July 24, 2024



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-405-800

**Effective Date of Registration:**
April 18, 2024
**Registration Decision Date:**
July 30, 2024

---

## Title

**Title of Work:** Pat McGroin

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** February 25, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

---

## Certification

**Name:** Tim Whelan
**Date:** April 18, 2024

---

**Copyright Office notes:** Basis for Registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 C.F.R. 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-053

**Effective Date of Registration:**
July 24, 2024
**Registration Decision Date:**
September 24, 2024

## Title

**Title of Work:** Uncle Sam in the 90s

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 22, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** July 24, 2024

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-414-052

**Effective Date of Registration:**
July 24, 2024
**Registration Decision Date:**
September 24, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Uncle Sam Racing |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | June 02, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Daniel Whelan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel Whelan |
| | 8885 Appleknoll Ln, Cincinnati, OH, 45236, United States |

## Certification

| | |
|---|---|
| **Name:** | Tim Whelan |
| **Date:** | July 24, 2024 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-406-022

**Effective Date of Registration:**
May 09, 2024
**Registration Decision Date:**
August 01, 2024

## Title

**Title of Work:** Bad Day of Fishing

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 07, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** May 09, 2024

**Copyright Office notes:** Basis for Registration: Registration is based on the artwork. Copyright does not protect names, titles, short phrases or slogans. 37 C.F.R. 202.1.

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-430-652**

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
January 31, 2025

## Title

**Title of Work:** Get your Balls Wet

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** October 08, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** December 19, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-430-649

**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
January 31, 2025

---

## Title

**Title of Work:** Rizz the Season

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** November 14, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Whelan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Whelan
8885 Appleknoll Ln, Cincinnati, OH, 45236, United States

## Certification

**Name:** Tim Whelan
**Date:** December 19, 2024

---





