# EXHIBIT B
















